# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 20-2835

Gregory M. Shepard

Appellant

v.

Employers Mutual Casualty Company and Bruce G. Kelley

Appellees

---

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:19-cv-00374-JAJ)

---

**MANDATE**

In accordance with the opinion and judgment of 05/19/2021, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

June 29, 2021

Clerk, U.S. Court of Appeals, Eighth Circuit